United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DERRECK PERRY, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>SOUTHWESTERN ENERGY CO. d/b/a SWN ENERGY CO. | **Case No.: 4:17-cv-00848**<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (FED. R. CIV. P. 23)<br><br>Judge Sim Lake |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on to be reviewed the Parties' joint stipulation of dismissal without prejudice. Having reviewed the stipulation, the Court orders this case be DISMISSED WITHOUT PREJUDICE.

_Nov. 1, 2017_
Date

_____
Sim Lake
United States District Judge